# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEODEGARIO SALVADOR, | |
| Plaintiff, | Case No. 2:14-cv-00149-LDG-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA NA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant's Motion for Order to Show Cause Why Discovery Should Not Be Compelled (#33), filed on May 6, 2015.

Defendant requests that the Court issue an order to show cause regarding third-party Alessi & Koening's failure to produce documents. Attached to the motion are the subpoenas served upon third-party Alessi & Koening on March 9, 2015. Defendant also attached to the motion a copy of the certificate of service, which certified only that the motion was served on the Plaintiff, and not on third-party Alessi & Koenig. Because Defendant has not provided the Court with a certificate of service showing that Alessi & Koening has been served this motion, the Court will deny the motion without prejudice. Accordingly

**IT IS HEREBY ORDERED** that Defendant's Motion for Order to Show Cause Why Discovery Should Not Be Compelled (#33) is **denied** without prejudice.

**DATED** this 27th day of May, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge